USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2026

HASBANI & LIGHT, P.C.
ATTORNEYS AT LAW

Shiv Patel, Esq.
450 Seventh Ave, Suite 1901
New York, New York 10123
T. 212.643.6677
F. 347.491.4048
E. SPatel@HasbaniLight.com

*Admitted in NY*

**MEMORANDUM ENDORSED**

November 23, 2026

**VIA CM/ECF**
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 12C, Chambers 2260
New York, NY 10007

**RE:** ***CENTER PLACE 4 LLC v. 4 CMP LLC, et al.,***
**Docket No.: 1:26-CV-08645 (GHW)**

Dear Judge Woods,

Our office represents the Plaintiff, Center Place 4 LLC ("Plaintiff") in the above-referenced matter. Please allow this letter to serve as Plaintiff's response to Hon. Gregory H. Woods' Notice of Initial Pretrial Conference, dated October 6, 2026.

At this time, Defendant 4 CMP LLC, Defendant City of New York Dept. of Finance, Defendant City of New York Dept. of Environmental Protection, and Defendant City of New York Parking Violations Bureau have been served and their time to answer has not yet expired. John Doe Defendants 1-10 have not yet been served and Plaintiff's process server, Nationwide Court Services, Inc., is in the process of completing service on John Doe Defendants 1-10.

As no Defendant has appeared, Plaintiff is unable to file the Proposed Civil Case Management Plan and Scheduling Order and Joint Status Letter, as ordered by Your Honor's Notice of Initial Pretrial Conference dated October 6, 2026. Furthermore, as Defendants have yet to appear in this action and their time to answer has not yet expired, Plaintiff respectfully requests an adjournment of the December 2, 2026 Initial Pretrial Conference to any future date that would be acceptable to Your Honor.

This is Plaintiff's first request for an adjournment.

We thank the Court for its time and consideration in this matter. Please do not hesitate to contact the undersigned should you have any questions or concerns.

Respectfully Submitted,
**HASBANI & LIGHT, P.C.**

*/s/ Shiv Patel*
**SHIV PATEL, ESQ.**

Application granted. The initial pretrial conference scheduled for December 2, 2026 is adjourned to December 17, 2026 at 12:00 p.m. The joint status letter and proposed case management plan described in the Court's October 6, 2026 order are due no later than December 10, 2026. Plaintiff is directed to serve a copy of this order on Defendants in this action and to retain proof of service. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 9.

SO ORDERED.

Dated: November 24, 2026

GREGORY H. WOODS
United States District Judge

SDNY Bar ID: 6276307
450 Seventh Avenue, Ste 1901
New York, NY 10123
P: (212) 643-6677
E: SPatel@HasbaniLight.com
*Attorneys for Plaintiff*